# EXHIBIT A

| No. | Seller Alias | E-Mail Address |
|---|---|---|
| 1 | JoneLLC | zunjianus@163.com |
| 2 | ACcosplay | support@accosplay.com; YufancosCorp@outlook.com; shanghaicongfanwangluo@hotmail.com |
| 3 | Blackzhed | agustubagustina@gmail.com; support@blackzhed.com |
| 4 | CGcostumes | cgarmors@gmail.com; contact@cgcostume.com |
| 5 | cornershirt | admin@cornershirt.com; cornershirt@gmail.com; MarcellaMaGibson@gmail.com |
| 6 | cosfun | fycosplay@hotmail.com; una@cosfun.com; store+36712546349@t.shopifyemail.com; luckleqi@gmail.com |
| 7 | Cosplay Clans | services@cosplayclan.com; cosplayclans@gmail.com |
| 8 | cossky | info@cossky.com; keshi2405@outlook.com; store+494141503@t.shopifyemail.com; nicole1995cl@gmail.com |
| 9 | Dynamicdesigntshirts | dynamicdesignts@outlook.com |
| 10 | Geeksoutfit | haipaicustomerservice@gmail.com; IP@whosebilling.com; store+76505678132@t.shopifyemail.com; support@geeksoutfit.com; cookiecutterabc01@yeah.net |
| 11 | Greenbayclother | greenbayclother.sales@gmail.com; greenbayclother@gmail.com; imagalspace17@gmail.com; manager.payment@webzoebonanow.com |
| 12 | Magic Wardrobes | service@magicwardrobes.com; funds@magicwardrobes.com; pay@magicwardrobes.com |
| 13 | NEWAGETEE | newagetee468@gmail.com; support@newagetee.com; paola.tat468@gmail.com |
| 14 | ONEHEROSUITS | cc.vicky1987@gmail.com; service@1herosuits.com; service@oneherosuits.com; orchid2301@gmail.com |
| 15 | Rizz Costumes | Service@rizzcostumes.com; 3752200279@qq.com |
| 16 | rulercosplay | rulercosplaysales@outlook.com; store+11925556@t.shopifyemail.com; 2318591667@qq.com |
| 17 | Shibtee | Support@shibtee.com; support=shibtee.com@email.shibtee.com; tutuclothingstore@gmail.com |
| 18 | simcosplay | service@simcosplay.com; wishlove2019@hotmail.com |
| 19 | Soco Hoodie | info@originalpajamas.com; info@socohoodie.com; paypal@blanketshoodie.com |

| | | |
|---|---|---|
| 20 | TrendsInCosplay | info@trendsincosplay.com; gotcosplay1@gmail.com; info@cosplaysky.com; c8okook0@aliyun.com; paypal@cosplaysky.com |
| 21 | Twice the Tees | twicethetees@gmail.com; mallinlouis@yahoo.ca; landiian@yahoo.ca |
| 22 | unibuyplus | service@unibuyplus.com; unibuyplus@outlook.com; cosplayfun@hotmail.com; calvin.kan.ck@outlook.com |
| 23 | Jian Bai Qing | bapengag362867@163.com |
| 24 | Jixi Catering | chuang4204040@163.com |
| 25 | shangjianting123 | chupiaopaq3@163.com |
| 26 | shenmengfeishop | mbh760628@163.com |
| 27 | AAXIAOYUB | 364643310@qq.com |
| 28 | CANDACECBE | ac5784@163.com |
| 29 | cat tee | dongyuanfan2024@sina.com |
| 30 | SEVEAVAJCA | 3259614766@QQ.COM |
| 31 | Supeng Fashion | 18928480503@189.cn |
| 32 | A solo show | piaopengk0@163.com |
| 33 | baoshimiwang | a19833954268@163.com |
| 34 | Interesting specialty store | yewhiqhdiu@163.com |
| 35 | JOYhome | yewhiqhdiu@163.com |
| 36 | junshangcheng | 897240059@qq.com |
| 37 | 1791's lady | costumebuy@hotmail.com |
| 38 | AKTOTO-store | a17620840880@163.com |
| 39 | ANTES-STORE | wxh001001@outlook.com |
| 40 | Arvincos2018 | arvincos2018@163.com |
| 41 | c1z1 poster | cz19500192000@163.com |
| 42 | chenfufufuhua | cfhhh15915827607@163.com |
| 43 | Chenguoshu123 | chenguoshu5566@163.com |
| 44 | COSKEY | pjw0518@163.com |
| 45 | dingxishiyibaitangdayaofangyouxiangongsi | luanqingyunb4a@outlook.com |
| 46 | Hanasticker | nvhoa1182@gmail.com |
| 47 | HUOCHENG | luoyancheng123@hotmail.com |
| 48 | JuXianLongShengTongXunKeJiYouXianGongSi | dbobe1@163.com |
| 49 | KACOLOR | ganlaque655117507@yeah.net |
| 50 | Linguoren | linguoren1108@outlook.com |
| 51 | linxuan115522 | t13788996620@163.com |
| 52 | Liqinghu | liqinghua3112@outlook.com |
| 53 | LIQINGQINGL | 15674893545@163.com |
| 54 | LY LY | tranly05012000@gmail.com |
| 55 | maoqiaoguimaoqiaoguimaoqiaoguimaomao | knh139599@163.com |
| 56 | Mini Apple | wen27788178@163.com |
| 57 | Misaki1987 | animedakimakura@qq.com |

| | | |
|---|---|---|
| 58 | postgzt | lb64klal5amh@outlook.com |
| 59 | supmond21 | supmond21@163.com |
| 60 | THE EXCHANGE TRX Poster Shop | ymx20240322@163.com |
| 61 | UnicornDesigner | unicorn23designer@gmail.com |
| 62 | weilanyuya | yuya52060@163.com |
| 63 | wu ze pei | catherinewu1993@hotmail.com |
| 64 | xiao jinhua12321 | xaiojinhua12321@163.com |
| 65 | Zasveom | zhangjie20282024@163.com |
| 66 | MITGARD STUDIO SAC | support@mitgard.com |
| 67 | YOMORIO | support@yomorio.com |
| 68 | ZDFC Shop | 1430409884@qq.com |
| 69 | mianyushangmao | yingchengj2@163.com |
| 70 | chenmeifanhaibao | cmf18050568855@163.com |
| 71 | Guangzhouyilianningshangmaoyouxiangongsi | yixiaohua1125@163.com |
| 72 | haerbinshilongyuetengshangmaoyouxiangongsi | zhanz713@163.com |
| 73 | haerbinshizhuangrubaihuomaoyiyouxiangongsi | qinzhizaornl584@163.com |
| 74 | kaifengmangzeshangmaoyouxiangongsi | b13414@163.com |
| 75 | KaiXiuJianZhuGongCheng | a17630@163.com |
| 76 | LanHongYiKeJi | jiaonazix903@163.com |
| 77 | LinJianKeJiJian | wbwl92@163.com |
| 78 | Maoze Co., Ltd | maoze2022@outlook.com |
| 79 | Ouroboros Art & Design | teohunn@gmail.com |
| 80 | quank | quankd27@163.com |
| 81 | QuJingJiaoQinShangMao | mryemmohs3@outlook.com |
| 82 | SHININGL-US | shan1168@126.com |
| 83 | WANHONGYUE MALL | cosstars@126.com |
| 84 | yanfenghaibaohuihua | yanfeng3716@163.com |
| 85 | yibinkeshunshangmaoyouxiangongsi | aka7278@163.com |
| 86 | zhagerrhbbvbb ggffffggVBDARTFGTY37`1=]][';//,, fnifhu7r7444333 | ellacxhqr58@outlook.com |
| 87 | ZhiJiangShiBaCenBanShangMao | mfoqaqrnauvene@outlook.com |
| 88 | zhizunbaojiaju(zhongqing)youxiangongsi | zyp3904@163.com |
| 89 | 芦萱商贸 | lanzheng67616@163.com |
| 90 | 90s Clothes | 90sclothes.cs@gmail.com; admin@90sclothes.com; help@samplestore.com |
| 91 | aeticon | support@aeticon.com; pay@aeticon.com |

| # | Name | Emails |
|---|---|---|
| 92 | Alpha Weebs | neerajnj3@gmail.com; support@alphaweebs.com |
| 93 | ANIMEHOODIE | fanstylewardrobe@outlook.com; info@animehoodie.com |
| 94 | Binteez | contact.binteez@gmail.com; manenjomppax@hotmail.com |
| 95 | Buy-cosplay.com | duyaojunqiangwen@163.com; sales@buy-cosplay.com |
| 96 | Childhood Memories Shop | support@childhood-memories.shop; beanngoc1995@gmail.com |
| 97 | Maxxtees | faizkayabersama@gmail.com |
| 98 | merchcustom | payment@hutasyn.store; support@merchcustom.com; support@bizticket.net |
| 99 | mugteeco | contact.mugteeco@gmail.com; obaapizciu@hotmail.com |
| 100 | SanyMuCos.com | sanymucos@gmail.com; cymbcosplay@gmail.com |
| 101 | Shambles Tees | shamblestees@gmail.com; Shamblestees1@gmail.com |
| 102 | Simpsonstrong Shop | support@simpsonstrongshop.com; support@saxon-store.com |
| 103 | Superheroes Gears | superheroesgears@gmail.com; amyduyencao@gmail.com |
| 104 | Tech Tees USA | payment@vdtstore.com; support@teehandus.com |
| 105 | Teefefe Premium ™ LLC | closettshirtsbuyer@gmail.com; helpthorshirts@gmail.com; support@hottrendtees.com; support@teefefe.com; tukydakmil@gmail.com; hvshirt.com@gmail.com |
| 106 | The Mazicc | store+62512726235@t.shopifyemail.com; support@themazicc.com; noti@konicgroup.com |
| 107 | Topwear | alice@topwear.shop; service@topwear.shop; fanstylewardrobe@outlook.com |
| 108 | WikiEngineer | admin@wikiengineer.com; payment.info@onesanfordpoe24.com; support@postpretty.com; support@wikiengineer.com; support@zillays.com |
| 109 | wishiny.com | andychaw999@gmail.com; chogory01@gmail.com |
| 110 | xonomax | bharanczyk@gmx.com; store+61726589136@t.shopifyemail.com; support@xonomax.com; soc_xavierma@xonomax.com |
| 111 | ycosplay | forycosplay@gmail.com; Velikawlj220902@hotmail.com |
| 112 | AAPHGBFE | 364643310@qq.com |
| 113 | AKHUJYTG | ms3514@163.com |
| 114 | ALKIHJUII | ms3514@163.com |
| 115 | Alllllllllllllllllllllllllllllllllllllllllllll lllllllll | 3414188416@qq.com |
| 116 | Chic Palette | 3537879@qq.com; xieeeee888@163.com |
| 117 | CHO Online | caianchen002@163.com |

| 118 | CHQ Online | 404336745@qq.com |
|---|---|---|
| 119 | Customized Plans | CHENCHAO037@GMAIL.COM |
| 120 | Difen Clothing | 418337406@qq.com |
| 121 | ECCCSHOP | 521005113@qq.com; x1@qqq11.cc |
| 122 | Fashion Leeugurs | 19584998029@163.com |
| 123 | Fashionbest | 370833360@qq.com |
| 124 | Fu Caiwen | 279198338@qq.com |
| 125 | Goddyy | 807639758@qq.com |
| 126 | Hanner JY shop | Hanjiekejitm2025bt@163.com |
| 127 | HGUYJYFRR | gb4450@163.com |
| 128 | JZ Mens clothing | 3631104739@qq.com |
| 129 | LYTLHB | SMT2023003@126.COM |
| 130 | Mens casual clothing | 18606035706@163.com |
| 131 | OOIIshop | 292072473@qq.com |
| 132 | POP UP Studio A III | lyn_leo@qq.com |
| 133 | Sizhe Clothing | 418337406@qq.com |
| 134 | SuperBao | keep_lam@163.com |
| 135 | Unlimited Imagina | 370833360@qq.com |
| 136 | Vintage House | 1791476113@qq.com |
| 137 | zxcvcshop | 413416467@qq.com |
| 138 | ChaoLin | cjiubaolin@163.com |
| 139 | chaoyz258 | chaoyz2584@163.com |
| 140 | guangzhouhudaoshangmaoyouxiangongsi | anmang248@163.com |
| 141 | QIMENG Party | fuyu240604111@outlook.com |
| 142 | xudugytrrt | d04nkq2x1ym@163.com |