IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAPCOM CO., LTD.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　　　Defendants. | Case No. 25-cv-11576<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Albert Berry, III** |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Capcom Co., Ltd. hereby dismisses this action with prejudice as to the following Defendants:

| **Defendant Seller Alias** | **Schedule A Line No.** |
|---|---|
| Accosplay | 2 |
| cossky | 8 |
| TrendsInCosplay | 20 |
| Maoze Co., Ltd | 78 |
| Alpha Weebs | 92 |

2

Dated this 9th day of January 2026.  Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
George Sciarrino
Elizabeth Banegas
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com
george@tme-law.com
elizabeth@tme-law.com

*Counsel for Plaintiff Capcom Co., Ltd.*