IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAPCOM CO., LTD., <br><br> Plaintiff, <br> v. <br> JONELLC, et al., <br><br> Defendants. | Case No. 25-cv-11576 <br><br> **Judge Elaine E. Bucklo** <br><br> **Magistrate Judge Albert Berry, III** |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff Capcom Co., Ltd. ("Plaintiff"), by its counsel, respectfully requests that this Court grant Elizabeth J. Banegas leave to withdraw her appearance as one of the attorneys of record in this matter. In support of this motion, Plaintiff states as follows:

1. Since December 2, 2025, Elizabeth J. Banegas has been one of the attorneys of record for Plaintiff.

2. Ms. Banegas will be leaving the firm of TME Law, P.C. effective February 27, 2026.

3. Plaintiff will continue to be represented by the undersigned counsel from the firm of TME Law, P.C.

WHEREFORE, Plaintiff respectfully requests that the Court grant Elizabeth J. Banegas leave to withdraw as one of the attorneys of record in this action.

|  |  |
|---|---|
| Dated this 26th day of February 2026. | Respectfully submitted,<br><br>/s/ Martin F. Trainor<br>Martin F. Trainor<br>Sydney Fenton<br>Alexander Whang<br>George Sciarrino<br>Elizabeth Banegas<br>TME Law, P.C.<br>10 S. Riverside Plaza<br>Suite 875<br>Chicago, Illinois 60606<br>708.475.1127<br>martin@tme-law.com<br>sydney@tme-law.com<br>alexander@tme-law.com<br>george@tme-law.com<br>elizabeth@tme-law.com<br><br>*Counsel for Plaintiff Capcom Co., Ltd.* |